*Frank C. Roberts* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

In the Matter of the CITY OF NEW YORK, Appellant. JUNO WOODWORKING Co., INC., Respondent.

Argued November 21, 1949; decided December 29, 1949.

*John P. McGrath, Corporation Counsel* (*Morris R. Weitzer, Harry E. O'Donnell* and *Reuben Levy* of counsel), for appellant.

*Harry P. Keith, Henry J. Grassotti* and *Vine H. Smith* for repondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

WILLIAM J. HAMMEL et al., Appellants, *v.* CAMP RANGER, INC., Respondent.

Argued November 29, 1949; decided December 29, 1949.